[No. 5969–0–II.  Division Two.  October 12, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES J.
HARDY III, *Appellant.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 81–1–00035–8, John W. Schumacher,
J., entered November 20, 1981. *Affirmed* by unpublished

opinion per Reed, J., concurred in by Worswick, A.C.J., and Petrie, J.